October 4, 2007

FILED

OCT 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

ATT: Mitchell Koulouris & Karen Davies@ DMG Inc.
Scott Hervey @ Weintraub genshlea chediak
Clerk to Judge Burrell Courtroom 10 District court for the eastern district of California

CASE NO. 07 CV 1503 GEB GGH

REF: DIGITAL MUSIC GROUP INC. (PLAINTIFF) VERSUS COPASETIK RECORDINGS (DEFENDANT)

Dear Sirs/Madam

I am writing to you in respect of the above mentioned action as the following situation needs to be noted.
Firstly Copasetik recordings is the trading name of and is owned by Eleanora equities svg limited so is not a sole tradership or otherwise and is a limited liability entity as such.
Unfortunately due to several months of a poor business period and as a result of the plantiffs actions and failure to both account and pay for the mechanical royalties owed to the defendants artists I must inform you as follows.
I have been forced to resign from my duties to the company Eleanora equities T/A Copasetik recordings as I am not in a fit state to operate as an officer due to severe depression for which I am now receiving medical attention for that includes both medication and counseling as this matter has in fact made me very ill indeed.
The company has also now been wound up as it is no longer able to trade due to in part the demands made by the plaintiff which have now forced the company into insolvency.

Therefore in light of the above the action brought by the plaintiff will not be contested and no defence is being filed as the entity listed as the defendant no longer exists

Sincerely

John sexton

9 Spedan Close Branch Hill London NW3 7XF UK