UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIGITAL MUSIC GROUP, INC.,          )
A Delaware Corporation,             )   2:07-cv-01503-GEB-GGH
                                    )
                Plaintiff,          )
                                    )
        v.                          )   ORDER CONTINUING STATUS
                                    )   (PRETRIAL SCHEDULING)
COPASETIK RECORDINGS, an entity     )   CONFERENCE
unknown organized under the laws    )
of the United Kingdom.              )
                                    )
                Defendant.          )
_____)

        Plaintiff's Status Report filed October 15, 2007, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for October 29, 2007 is continued to January 22, 2008, at 9:00 a.m. A further joint status report shall be filed no later than January 8, 2008.[1]

        Plaintiff is hereby notified that this action may be dismissed without prejudice under Fed. R. Civ. P. 4(m) if Defendant Copasetik Recordings is not served by December 11, 2007. To avoid dismissal, a proof of service shall be filed for Defendant Copasetik

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1 | no later than January 8, 2008.
2 |         If Plaintiff believes it has good cause to justify extension
3 | of Rule 4(m)'s 120-day service period for Defendant Copasetik, it
4 | shall file a declaration no later than January 8, 2008, showing "good
5 | cause" why the action should not be dismissed without prejudice.
6 |
7 |         IT IS SO ORDERED.
8 | Dated:  October 24, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2