UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MUSIC GROUP, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>COPASETIK RECORDINGS, an entity unknown organized under the laws of the United Kingdom,<br><br>            Defendant.[1] | 2:07-cv-01503-GEB-GGH<br><br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        Plaintiff's second status report filed January 8, 2008 states that Defendant has been served and "Defendant's response to Plaintiff's complaint [was] due on January 8, 2008." (Pl.'s 2d Status Report at 2.) The status report further states that "Plaintiff intends to request the entry of defendant's default and to seek a default judgment against defendant on the claims for which such a judgment is proper and appropriate." (Id. at 3.) This statement however, fails to explain when Plaintiff plans on seeking the referenced judgment. Since no filing deadline has been proposed, and it is contemplated under Rule 16 that such a deadline be prescribed as soon as practicable, Plaintiff shall do what is required for it file a motion for default judgment within 45 days after this Order is filed.

---

[1] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1  If Plaintiff fails to do so, this action may be dismissed for failure
2  to prosecute.
3       The status (pretrial scheduling) conference scheduled in
4  this case for January 22, 2008, is rescheduled to commence at 9:00
5  a.m. on June 23, 2008.  Plaintiff shall file a status report no later
6  than fourteen days prior to the rescheduled status conference, in
7  which Plaintiff is only required to explain the status of the default
8  issue.

                    DISMISSAL OF DOE DEFENDANTS

10      Since Plaintiff has not justified Doe defendants remaining
11 in this action, Does 1 through 10 are dismissed.  See Order Setting
12 Status (Pretrial Scheduling) Conference filed July 25, 2007 at 2 n.2
13 (indicating that if Plaintiff fails to set forth in the joint status
14 report a date by when the identities of any "Doe" defendants are
15 expected to be discovered, the claims against Doe defendants would be
16 deemed abandoned and a dismissal order would follow).

            SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

18      No further service, joinder of parties or amendments to
19 pleadings is permitted, except with leave of Court, good cause having
20 been shown.
21      IT IS SO ORDERED.
22 Dated:  January 11, 2008

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge